UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NILSA RAMOS,

                    Plaintiff,

        -against-

COLUMBIA UNIVERSITY,

                    Defendant.

24-cv-6534 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the October 14, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 16, 2025
           New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                      Chief United States District Judge